08 FEB 27 PM 4:53

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'08 CR 0534 H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOSE MANUEL ANGULO-GALAVIZ, Defendant. | ) | Criminal Case No. ________ <br> I N D I C T M E N T <br> Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States |

The grand jury charges:

On or about February 14, 2008, within the Southern District of California, defendant JOSE MANUEL ANGULO-GALAVIZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326(a).

DATED: February 27, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
DOUGLAS KEEHN
Assistant U.S. Attorney

ESLI:em:San Diego
2/26/08