MICHAEL J. MCCABE
California Bar No. 54078
2442 Fourth Avenue
San Diego, CA 92101
Telephone (619) 231-1181
Fax (619) 232-6052

Attorney for Defendant
**JOSE MANUEL ANGULO-GALAVIZ**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Marilyn L. Huff)

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JOSE MANUEL ANGULO-GALAVIZ, Defendant. | Crim. Case No. 08cr534-H<br>**NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY, FOR NOTICE OF INTENT TO USE EVIDENCE, AND FOR LEAVE TO FILE FURTHER MOTIONS**<br>DATE: April 7, 2008<br>TIME: 2:00 p.m. |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND TO DOUGLAS KEEHN, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on April 17, 2008, at 2:00p.m. , or as soon thereafter as counsel may be heard, the defendant, Jose Manuel Angulo-Galaviz, will move this Court for an order compelling discovery, requiring the government to give notice of its intent to use evidence, and for leave to file further motions.

**MOTION**

The defendant, Jose Manuel Angulo-Galaviz, by and through his counsel, Michael J. McCabe, and pursuant to the provisions of the Due Process Clause to the Fifth Amendment to

the United States Constitution, and Rules 6, 12, and 16, Federal Rules of Criminal Procedure, hereby moves this Court for an order compelling discovery, requiring the government to give notice of its intention to use evidence, and for leave to file further motions.

These motions are based on the instant notice of motions and motions, the attached points and authorities, the files and records in the above-entitled case, and any and all matters that may be submitted to this Court prior to the determination of these motions.

DATED: March 24, 2008 Respectfully submitted,

s/ Michael J. McCabe
MICHAEL J. MCCABE
Attorney for Defendant
JOSE MANUEL ANGULO0-GALAVIZ