MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs Jose Manuel Angulo-Galaviz No. 08CR0534-H

The Court finds excludable delay, under the section indicated by check ( √ ), commenced on 4/17/08 and ended on 4/21/08; (X7,XT1)
and ended on ________. (   )

| 3161(h) | | | |
|---|---|---|---|
| ___(1)(A) | | Exam or hrg for **mental or physical incapacity** | A |
| ___(1)(B) | | **NARA examination** (28:2902) | B |
| ___(1)(D) | | State or Federal trials or **other charges pending** | C |
| ___(1)(E) | | **Interlocutory appeals** | D |
| ___(1)(F) | | **Pretrial motions** (from flg to hrg or other prompt dispo) | E |
| ___(1)(G) | | **Transfers from other district** (per FRCrP 20, 21 & 40) | F |
| ___(1)(J) | | **Proceedings under advisement** not to exceed thirty days | G |
| ___ | | Misc proc: Parole or prob rev, deportation, **extradition** | H |
| ___(1)(H) | | **Transportation** from another district or to/from examination or hospitalization in ten days or less | 6 |
| X (1)(I) | | Consideration by Court of **proposed plea agreement** | 7 (circled) |
| ___(2) | | **Prosecution deferred** by mutual agreement | I |
| ___(3)(A)(B) | | **Unavailability of defendant or essential witness** | M |
| ___(4) | | Period of **mental or physical incompetence** of defendant to stand trial | N |
| ___(5) | | Period of **NARA commitment or treatment** | O |
| ___(6) | | **Superseding indictment and/or new charges** | P |
| ___(7) | | **Defendant awaiting trial of co-defendant** when no severance has been granted | R |
| ___(8)(A)(B) | | **Continuances** granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance | T |
| ___(8)(B)(I) | 1) | Failure to grant a **continuance** in the proceeding would result in a **miscarriage of justice** and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. **(Continuance - miscarriage of justice)** | T1 (circled) |
| X | 2) | Failure to grant a **continuance** of the trial would result in a miscarriage of justice as the defendant has tendered a guilty plea to a magistrate judge and is awaiting a determination as to whether the plea will be accepted. **(Continuance - tendered a guilty plea)** | |
| ___(8)(B)(ii) | 2) | **Case** unusual or **complex** | T2 |
| ___(8)(B)(iii) | 3) | **Indictment** following arrest **cannot be filed** in thirty (30) days | T3 |
| ___(8)(B)(iv) | 4) | **Continuance** granted in order to obtain or substitute counsel, or give reasonable time to prepare **(Continuance re counsel)** | T4 |
| ___3161(I) | | Time up to withdrawal of guilty plea | U |
| ___3161(b) | | **Grand jury indictment time extended** thirty (30) more days | W |

Date 4-17-08

[signature]
Judge's Initials